# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08-CR-00353-RLH-RJJ |
| vs. | ) | **O R D E R** |
| PEDRO JOSE GARCIA, | ) | (Motion Pursuant to 28 U.S.C. § 2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody–#124) |
| Defendant. | ) | |

Before the Court is Defendant's **Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody** (#124, filed April 19, 2013) and the Court will exercise its authority under that section to refer this matter to the United States Attorney for a response to the Motion.

IT IS THEREFORE ORDERED that Defendant's **Motion Pursuant to 28 U.S.C. §2255 To Vacate, Set Aside or Correct Sentence By A Person in Federal Custody** (#124) is hereby REFERRED to the UNITED STATES ATTORNEY for a response within forty-five (45) days of the entry this Order. Defendant will then have fifteen (15) days thereafter to file a reply to the response of the United States Attorney, and the matter will be referred for decision.

DATED: April 23, 2013.

_____
**Roger L. Hunt
United States District Judge**